39171. Byron R. Ball v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39173. Harold Kelley v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39150. Mildred M. Braham, appellee v. Louis F. Louttit, appellant. Stark County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

38487. Joanna Price, appellee v. Dot's Super Market, Inc., appellant. Montgomery County. Rehearing denied.

39049. The State of Ohio, appellee v. John Ciesielski, appellant. Columbiana County. Rehearing denied.

39075. Ralph T. Balsly, Bldg. Inspector, appellee v. Emile F. Clennin et al., appellants. Hamilton County. Rehearing denied.

39102. James M. Kulka, appellant v. Shirley H. Kulka, appellee. Cuyahoga County. Rehearing denied.

39119. The State of Ohio, appellee v. John P. O'Connor, appellant. Lucas County. Rehearing denied.